FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 0 6 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LINDSEY B. WORTHEN AND BRITTON M. WORTHEN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a foreign corporation; et al.,<br><br>Defendants. | Case No.: CIV-02-1538-PHX-SRB.<br><br>**ORDER TO AMEND THE COMPLAINT**<br><br>(Assigned to the Honorable Susan R. Bolton) |

For good cause appearing, it is hereby

ORDERED granting the parties' Stipulation allowing Plaintiffs to amend their Complaint to include Benton M. Worthen, the minor son of Britton and Lindsey Worthen, as a plaintiff to the above-entitled action.

Dated this __3__ day of __Jan__, 20__03__.

_____
The Honorable Susan R. Bolton
United States District Court Judge