

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Lindsey B. Worthen and Britton M. Worthen, husband and wife, and Benton M. Worthen, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>General Motors Corporation, a foreign corporation, et al.,<br><br>    Defendants. | No. CIV. 02-1538-PHX-SRB<br><br>**ORDER** |

This matter having come on before the Court on the Joint Petition for Appointment of Guardian *Ad Litem* for Minor Plaintiff and Approval of Settlement, and the Court having considered the Application for Appointment of Guardian *Ad Litem* for minor Benton Worthen, 7 months of age, that Mark S. O'Connor, Esq. is a fit and proper person to be appointed guardian *ad litem* for Benton Worthen ("Minor") for the limited purpose of analyzing the pending settlement offer from Defendant General Motors Corporation in <u>Worthen v. GM</u>, CIV-02-1538 PHX SRB, a personal injury action currently pending in the United States District Court for the District of Arizona.

Based upon the foregoing findings, and good cause appearing therefor;

IT IS HEREBY ORDERED that Mark S. O'Connor, Esq. be, and hereby is, appointed guardian *ad litem* to analyze the proposed settlement offer to the minor from the Defendant in <u>Worthen v. GM</u>, CIV-02-1538 PHX SRB,

1  IT IS FURTHER ORDERED that the recommendation of Mark S. O'Connor, Esq., that it is in the best interest of the Minor to accept the above-referenced settlement offer from GM is accepted and approved by this Court, and

IT IS FURTHER ORDERED that said guardian *ad litem* Mark S. O'Connor shall not be personally liable for costs in this action, except by further special Order of this Court, and shall be entitled to receive a reasonable compensation, to be determined by the Court at the conclusion of this action, which may be taxed as part of the costs of this action.

DONE IN OPEN COURT this __12__ day of __March__, 2003.

*Susan R Bolton*
United States District Court Judge