FILED ___ LODGED
RECEIVED ___ COPY
APR 3 0 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

X FILED ___ LODGED
___ RECEIVED ___ COPY
JUN 2 0 2003
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA ~~SEALED~~

| | |
|---|---|
| LINDSEY B. WORTHEN AND BRITTON M. WORTHEN, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS CORPORATION, a foreign corporation; et al.,<br><br>Defendants. | Case No.: CIV-02-1538-PHX-SRB.<br><br>**ORDER APPROVING SETTLEMENT ON BEHALF OF MINOR AND DISMISSAL WITH PREJUDICE**<br><br>(Assigned to the Honorable Susan R. Bolton) |

Pursuant to the Joint Motion for Approval of Settlement of Minor and Stipulation for Dismissal with Prejudice submitted by the parties and the affidavit of Mr. O'Connor, this Court finds that the settlement on behalf of the minor, Benton Worthen, is in the best interest of the minor and is fair and reasonable. Therefore, good cause appearing,

IT IS HEREBY ORDERED that the settlement on behalf of the minor, Benton Worthen, is approved;

IT IS FURTHER ORDERED that the above-entitled action shall be dismissed with prejudice each party to bear its own fees and costs.

Dated this __17__ day of __June__, 2003.

*Susan R. Bolton*
The Honorable Susan R. Bolton
United States District Court Judge

H:\20440\Worthen\Pleadings\Order Approving Settlement.doc